1 | HARVEY P. SACKETT (72488)
2 | **SACKETT AND ASSOCIATES**
3 | A PROFESSIONAL LAW CORP.
  | 1055 Lincoln Avenue
4 | Post Office Box 5025
  | San Jose, California 95150-5025
5 | Telephone: (408) 295-7755
6 | Facsimile: (408) 295-7444
7 | /as
8 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANNON L. KELLY, | ) Civil No. 06-04816 JSW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, February 5, 2007 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney




Dated: November 28, 2006                /s/ _____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney




Dated: November 28, 2006                /s/ _____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        SHANNON L. KELLY
```

IT IS SO ORDERED.

Dated: November 30, 2006                _____
                                        HON. JEFFREY S. WHITE
                                        United States District Judge

STIPULATION AND ORDER

2