**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   SHANNON L. KELLY,

10          Plaintiff,                          No. C 06-04816 JSW

11     v.

12   MICHAEL J. ASTRUE,                         **JUDGMENT**
     Commissioner of Social Security,
13

14          Defendant.
     _____/

15

16          Pursuant to the Court's Order Granting Defendant's Cross-Motion for Summary

17   Judgment and Denying Plaintiff's Motion for Summary Judgment, Judgment is HEREBY

18   ENTERED in favor of Defendant.

19          **IT IS SO ORDERED AND ADJUDGED.**

20

21   Dated: August 10, 2007                     _____
                                                JEFFREY S. WHITE
22                                              UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28